Gary L. WISE, Plaintiff—Appellant,

v.

Henry F. FLOYD, Judge; Cameron McGowan Currie, Judge; William M. Catoe, Jr., Judge, Defendants—Appellees.

No. 09–6714.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 27, 2009.

Gary L. Wise, Appellant Pro Se.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary L. Wise appeals the district court's order adopting the magistrate judge's recommendation to dismiss his claims against Defendants after a 28 U.S.C. § 1915A (2006) review. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Wise v. Floyd,* 8:09–cv–00454–HMH, 2009 WL 803712 (D.S.C. Mar. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*